JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCHELLE KATHLEEN DOWLING<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:20-CV-00526-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 10, 2021 to June 9, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

1  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and
2  Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  April 21, 2021    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: April 21, 2021    PHILLIP A. TALBERT
   Acting United States Attorney
   DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
   Social Security Administration

By:  *\*/s/ Sathya Oum*
   Sathya Oum
   Special Assistant United States Attorney
   Attorneys for Defendant
   (\*As authorized by email on April 21, 2021)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 20), and finding good cause exists, IT IS ORDERED that Plaintiff shall file and serve her opening brief no later than June 9, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 22, 2021**            /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE